AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-06421-DLC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Dawson James Securities, Inc.**
was received by me on **8/08/2026:**

☐ I personally served the **Class Action Complaint; Summons** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Evlyn Hong Branch Manager Accepted The Documents On Behalf Of The Company**, who is designated by law to accept service of process on behalf of **Dawson James Securities, Inc.** at **2700 N Military Trl Ste 100, Boca Raton, FL 33431** on **08/17/2026 at 3:16 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 65.00** for services, for a total of **$ 65.00**.

I declare under penalty of perjury that this information is true.

Date: 08/17/2026

[signature]

*Server's signature*

**Dexter Carswell**

*Printed name and title*

**2430 W Oakland Park Boulevard**
**G-204**
**Oakland Park, FL 33311**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Class Action Complaint; Summons, to Evlyn Hong Branch Manager Accepted The Documents On Behalf Of The Company who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Asian female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**

Tracking #: **0237466054**